UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBRA GOTTSCHALL, as Wrongful Death Heir, and as Successor-in-Interest to ROBERT GOTTSCHALL, Deceased, and DEBRA GABALL, RAYMOND GOTTSCHALL, ROBERT W. GOTTSCHALL, RONALD GOTTSCHALL, as Legal Heirs of ROBERT GOTTSCHALL, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>Defendants. | Case No. 3:10-cv-05096-CRB<br><br>ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY |

PURSUANT TO STIPULATION, **IT IS SO ORDERED.** All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: NOV 2 2 2013

By: _____
Charles R. Breyer
United States District Judge

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6159
(415) 898-1555