GABRIEL A. JACKSON, State Bar No. 98119
gaby@jjrlaw.com
KERI A. DONOHUE, State Bar No. 226411
kdonohue@jjrlaw.com
TODD MARSHALL THACKER, State Bar No. 199506
tthacker@jjrlaw.com
JACKSON JENKINS RENSTROM LLP
55 Francisco Street, Sixth Floor
San Francisco, CA 94133
Tel: (415) 982-3600
Fax: (415) 982-3700

Attorneys for Defendant
GENERAL DYNAMICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBRA GOTTSCHALL, as Wrongful Death Heir, and as Successor-in-Interest to ROBERT GOTTSCHALL, Deceased, and DEBRA GABALL, RAYMOND GOTTSCHALL, ROBERT W. GOTTSCHALL, RONALD GOTTSCHALL, as Legal Heirs of ROBERT GOTTSCHALL, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>Defendants. | Case No. 3:10-cv-05096-CRB<br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [PROPOSED] ORDER |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to approval by the court, Defendant General Dynamics Corporation hereby substitutes Edward R. Hugo, State Bar Number 124839, of Brydon Hugo and Parker as counsel of record in place of Jackson Jenkins Renstrom LLP. The contact information for new counsel is as follows:

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [PROPOSED] ORDER

| | |
|---|---|
| 1 | Edward R. Hugo, State Bar No. 124839 |
| 2 | BRYDON HUGO & PARKER<br>135 Main Street, 20th Floor |
| 3 | San Francisco, CA 94105<br>Telephone: (415) 808-0300 |
| 4 | Facsimile: (415) 808-0333<br>Email: service@bhplaw.com |

## CONSENT TO SUBSTITUTION

I consent to the above substitution.

Dated: 11-19-2013       By: _____

I consent to being substituted.

Dated: 12-3-2013        By: _____
                        for GABRIEL A. JACKSON

I consent to the above substitution.

Dated: 11/19/13         By: _____
                        EDWARD R. HUGO

The substitution of attorney is hereby approved.

IT IS SO ORDERED:

Dated:  March 17, 2014   By: _____

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [PROPOSED] ORDER