UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBRA GOTTSCHALL, as Wrongful Death Heir, and as Successor-in-Interest to ROBERT GOTTSCHALL, Deceased, and DEBRA GABALL, RAYMOND GOTTSCHALL, ROBERT W. GOTTSCHALL, RONALD GOTTSCHALL, as Legal Heirs of ROBERT GOTTSCHALL, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>Defendants. | No. 3:10-cv-05096-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL OF DEFENDANT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION, WITH PREJUDICE** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:   November 10, 2014         By:_____
                                         Charles R. Breyer
                                         United States District Judge



1

ORDER GRANTING PARTIES' DISMISSAL OF DEFENDANT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION, WITH PREJUDICE